**Avril SLAVIN, M.D., Appellant,**

v.

**ST. JOHN'S MERCY HEALTH CARE and West County Radiological Group, Inc., Respondents.**

**No. ED 91925.**

Missouri Court of Appeals, Eastern District, Division Two.

Aug. 24, 2010.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 26, 2010.

Application for Transfer Denied Dec. 21, 2010.

Matthew J. Ghio, St. Louis, MO, for appellant.

James M. Paul, Thomas O. McCarthy, Patricia M. McFall, St. Louis, MO, for respondents.

Before ROY L. RICHTER, C.J.,
LAWRENCE E. MOONEY, J., and
GEORGE W. DRAPER III, J.

### ORDER

PER CURIAM.

Avril Slavin appeals the judgment of the trial court dismissing her petition for failure to state a claim. An opinion would have no precedential value. We have furnished the parties with a memorandum, for their information only, explaining the reasons for our decision. We affirm. Rule 84.16(b)(5).